UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN WISE, and
KATHRYN RUPP

      Plaintiffs,

vs.                          CASE NO.:   8:16-CV-02942-MSS-TBM

AMICA MUTUAL INSURANCE
COMPANY ,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, BRIAN WISE and KATHRYN RUPP, and Defendant, AMICA MUTUAL INSURANCE COMPANY, through their undersigned counsel, that any and all of Plaintiffs' BRIAN WISE and KATHRYN RUPP's claims in the above-captioned action are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear his or its own attorneys' fees and costs.

Dated this 31 day of March, 2017

| | |
|---|---|
| George Kezemides, Esq. | Ashby C. Davis, Esq. (FBN 105840) |
| George C. Kezemides, PA | John N. Cain, Esq. (FBN 0753181) |
| 905 E. MLK Jr. Dr. | Post Office Box 3373 |
| Tarpon Springs, FL 34689 | Tampa, Florida 33601 |
| Tel: 727-945-1300 | Telephone: (813) 221-0200 |
| Fax: 727-945-1355 | Email: jnc@manfitzlaw.com, |
| Email: george@gcklawfirm.com | adavis@manfitzlaw.com |
| *Counsel for the Plaintiff* | *Counsel for the Defendant* |